RIANNA MIDKIFF,    **)**
         **)**
  Plaintiff,    **)**
         **)**
  v.       **)**  Case No. 1:24CV858
         **)**
SHOE SHOW, INC.,   **)**
         **)**
  Defendant.   **)**
         **)**

## ORDER

Defendant has filed a Motion to Bifurcate Discovery and Stay Non-Jurisdictional Discovery [Doc. #25], and the Parties have filed a related Motion to Continue Initial Pretrial Conference [Doc. #28].

The Court does not intend to bifurcate discovery or stay parts of discovery while other parts proceed. To do so would unnecessarily delay the case further, would unnecessarily complicate discovery and generate disputes regarding the scope of discovery, and would create inefficiencies in later requiring further discovery from the same witnesses. Defendant is free to focus first on obtaining discovery that it believes is relevant to the issue of standing, and to file a renewed Motion to Dismiss if there is a basis to do so, but such a Motion would not operate to stay discovery, which should continue, particularly given that discovery has already been stayed for over a year while Defendant's first Motion to Dismiss was briefed and resolved. To allow serial Motions to Dismiss, with multiple years-long stays of discovery, would not be in the interests of justice and would not promote judicial efficiency. Therefore,

the Court in its discretion will deny the request to bifurcate or stay discovery. Further, in light of that determination, there is no reason to continue the Initial Pretrial Conference. The Pretrial Conference will proceed on May 21, 2026, as scheduled, unless the Parties file a Joint Rule 26(f) Report by May 20, 2026.

IT IS THEREFORE ORDERED that Defendant's Motion to Bifurcate Discovery and Stay Non-Jurisdictional Discovery [Doc. #25] is DENIED, and the Joint Motion to Continue Initial Pretrial Conference [Doc. #28] is also DENIED. The Pretrial Conference will proceed on May 21, 2026, as scheduled, unless the Parties file a Joint Rule 26(f) Report by May 20, 2026.

This, the 15th day of May, 2026.

_____
Joi Elizabeth Peake
United States Magistrate Judge